UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 2019-CV-24048-KMW

JANE DOE,

        Plaintiff,

vs.

THE SCHOOL BOARD OF MIAMI-DADE
COUNTY, FLORIDA,

        Defendant.

_____/

## VERDICT FORM

WE, THE JURY, return the following verdict:

1. Did Defendant have actual notice that Jason Edward Meyers posed a substantial risk of sexual abuse or harassment to female students?

    Yes __✓__          No _____

    *If you answered "Yes" to Question 1, please answer Question 2.*

    *If you answered "No" to Question 1, your deliberations are complete. Have the jury foreperson sign and date this Verdict Form.*

2. Was Defendant deliberately indifferent in response to the actual notice that Jason Edward Meyers posed a substantial risk of sexual abuse or harassment to female students?

    Yes __✓__          No _____

    *If you answered "Yes" to Question 2, please answer Question 3.*

    *If you answered "No" to Question 2, your deliberations are complete. Have the jury foreperson sign and date this Verdict Form.*

3. What is the total amount of Plaintiff's damages for pain and suffering, mental anguish, inconvenience, or loss of capacity for the enjoyment of life experienced:

   a. In the past:      $ 3 million

   b. In the future:    $ 3 million

   *Please answer Question 4.*

4. Total damages of Plaintiff:
   (Add up all damages listed in 3a. and 3b.)

   $ 6 million

**SO SAY WE ALL.**

/FOREPERSON

DATED: 10/1/21